William M. Audet (CA State Bar #117456)
waudet@audetlaw.com
Jonas P. Mann (CA State Bar #263314)
jmann@audetlaw.com
Theodore H. Chase (CA State Bar #295823)
tchase@audetlaw.com
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556

*Attorneys for Plaintiff Stephen Denz*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: NVIDIA GTX 970 GRAPHICS CHIP LITIGATION<br><br>Defendant<br><br>This Document Relates to:<br><br>*Farley, et al. v. NVIDIA Corp.*,<br>Case No. 15-cv-01800 | Master Case No.: 15-cv-00760 CRB<br><br>STIPULATION OF PLAINTIFFS TIMOTHY FARLEY and ALEXANDER MONTGOMERY TO CONSOLIDATE CASES<br><br>Hearing Date:     N/A<br>Time:              N/A<br>Dept.:             Courtroom 4, 3rd Floor<br>Judge:             Hon. Charles R. Breyer |

TO:     THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

The undersigned plaintiffs' counsel represent Plaintiffs Thomas Farley and Alexander Montgomery (collectively "Plaintiffs") (case no. 15-cv-01800) and the proposed class.

Consistent with the provisions of paragraph 5 of the Stipulated Order Consolidating Cases and Setting Initial Schedule dated March 27, 2015 (Dkt. #34), which Plaintiffs' counsel in the *Farley* action has received and reviewed,

PLEASE TAKE NOTICE that Plaintiffs filed a Notice of Related case pursuant to Civil Local Rule 3-12 on April 22, 2015 (Dkt. #53) and that the parties in the *Farley* action (Case no.

15-cv-01800-KAW) do not oppose and hereby stipulate to the *Farley* action being consolidated as a related action as part of the *In re NVIDIA GTX 970 Graphics Chip Litigation*, Case no. 15-cv-00760-CRB.

Dated:  April 22, 2015                    AUDET & PARTNERS, LLP

    /s/ Jonas P. Mann
Jonas P. Mann (SBN 263314)
jmann@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA  94105
Tel: (415) 568-2555
Fax: (415) 568-2556

*Attorneys for Plaintiffs Thomas Farley and Alexander Montgomery*

Dated:  April 22, 2015                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

    /s/ Alexander K. Talarides
Alexander K. Talarides (SBN 268086)
atalarides@orrick.com
Robert P. Varian (SBN 107459)
rvarian@orrick.com
James N. Kramer (SBN 154709)
jkramer@orrick.com
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759

*Attorneys for Defendants*

Signed:  April 23, 2015



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF PLAINTIFFS TIMOTHY FARLEY and
ALEXANDER MONTGOMERY TO CONSOLIDATE CASES